No. 00–10501. TIDIK v. MICHIGAN COURT OF APPEALS JUDGES. C. A. 6th Cir. Certiorari denied.

No. 00–10502. WHITE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10503. SANDERS v. COOPER, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10504. MANN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10505. CARDENAS v. LYTLE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–10506. SHELTON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10507. RODRIGUEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10508. SALAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10509. ROGERS v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–10510. BENITEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10511. CALVIN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 00–10512. MONTANEZ v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–10514. ALFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10515. ADAMS v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 00–10516. ADOLFO LABUNOG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.